**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Vernon Earl BARNES, Defendant–
Appellant.**

**No. 01–4282.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 7, 2002.

Decided Jan. 18, 2002.

James Wyda, Federal Public Defender, Elizabeth L. Pearl, Assistant Federal Public Defender, Greenbelt, Maryland, for Appellant. Thomas M. DiBiagio, United States Attorney, Joseph L. Evans, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Vernon Earl Barnes appeals his conviction for being a felon in possession of a firearm. On appeal, he challenges the denial of his motion to suppress. We have reviewed the record and the district court's oral findings and written opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. (J.A. 137–58, 169–74). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Affirmed by unpublished PER CURIAM opinion.